IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00221-WYD-PAC

CONSUMER CRUSADE, INC., a Colorado corporation,

      Plaintiff(s),

v.

FIDUCIA, INC. d/b/a AMERICASTONER.COM, an Illinois corporation; and
JOHN DAVID;
its Officer(s) and Director(s),

      Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
July 29, 2005


      IT IS HEREBY **ORDERED** that plaintiff's Motion to Vacate [filed July 25, 2005] is **granted**.  The Scheduling/Planning Conference set for August 1, 2005 is **vacated**.